ELIZABETH SMITH, Respondent, v. LESTER KELLY and Others, Defendants. HARRISON C. MAYES, Individually and as Administrator with Will Annexed of the Estate of WATSON MAYES, Deceased, and Others, Appellants.— Order modified by striking therefrom the provisions requiring the appellants to give a bond in the sum of $250, and as modified unanimously affirmed, with costs to the appellants to abide the event.

TOBY TORISCO, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Judgment and order reversed and new trial granted, with costs to the appellant to abide the event, on the authority of *Minneapolis & St. Louis Railroad Co.* v. *Winters* (242 U. S. 353); *Gallagher* v. *New York Central R. R. Co.* (180 App. Div. 88; affd., 222 N. Y. 649) and *Matter of Parsons* v. *Delaware & Hudson Co.* (167 App. Div. 536). All concur. As the evidence stood it was error to refuse to consider the Pennsylvania Employers' Liability Law.

CHARLES J. BROWN, Respondent, v. WILSON GARDNER and Others, Appellants.— Motion granted.

FULTON COUNTY GAS AND ELECTRIC COMPANY, Respondent, v. ROCKWOOD MFG. Co., INC., Appellant.— Order unanimously affirmed, with costs.

WALKER D. HINES, Director General of Railroads, Appellant, v. JOSEPH YANKLOWITZ, Respondent.— Motions denied.

TRIPO KRSTOVIC, Appellant, v. CHARLES H. VAN BUREN and Others, Respondents.— Motion denied.

In the Matter of the Final Judicial Settlement of the Account of FRANK B. WICKES, as Sole Administrator of the Personal Estate of GEORGE A. HOUGHTALING, Deceased.— Motion granted unless, within twenty days, the appellant files and serves printed case on appeal, places case on calendar for the next term, and pays ten dollars costs of this motion, in which case motion is denied, without costs.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by HYMAN WEINBERG, Respondent, v. EHRENBERG BRASS MANUFACTURING COMPANY, Employer, and THE UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of HYMAN KRINSKY, Respondent, for Compensation under the Workmen's Compensation Law, v. WARD & GOW, Employer, Appellant.— Motion granted.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of MABEL J. LUTZ, Respondent, for Compensation under the Workmen's Compensation Law, Claimed to Be Due WILLIAM A. LUTZ, Her Husband, Deceased, v. THEO. P. HUFFMAN & Co., Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., Insurance Carrier, Appellants.— Motion denied.